Aaron Brown, SBN 277981
CALIFORNIA TRIAL TEAM P.C.
444 W. Ocean Blvd., Suite 1750
Long Beach, CA 90802
562-495-8405
aaron@caltrialteam.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKIE MONK, Plaintiff | CASE: 2:20-CV-00179, TRIAL 3-9-2021 |
| v. | STIPULATION FOR DISMISSAL |
| PRINCESS CRUISE LINES, LTD., Defendant | |

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned lawsuit be and hereby is dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Undersigned counsel for Plaintiff, AARON BROWN, certifies that all electronic signatures below have been duly authorized by signatory counsel per Local Rule ¶ 5-4.3.4(2)i.

Dated: December 11, 2020          CALIFORNIA TRIAL TEAM P.C.

                                  By: /s/ Aaron Brown
                                      Aaron Brown
                                      Attorneys for Plaintiff,
                                      VICKIE MONK

---

STIPULATION FOR DISMISSAL

1

| | | |
|---|---|---|
| 1 | Dated: December 11, 2020 | FLYNN, DELICH & WISE LLP |
| 3 | | By: /s/ Alisa Manasantivongs |
| 4 | | Nicholas S. Politis |
| | | Alisa Manasantivongs |
| 5 | | Attorneys for Defendant, |
| | | PRINCESS CRUISE LINES, LTD |

STIPULATION FOR DISMISSAL

2